**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

TAMMY K. ROTHGEB,

    Plaintiff,

       v.                      CASE NO. 1:23-CV-487-HAB-ALT

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## OPINION AND ORDER

This matter is before the Court for an Order on Magistrate Judge Andrew L. Teel's Report and Recommendations ("R&R") in which Judge Teel recommends that the Court grant the Motion for Attorney Fees filed by Plaintiff Tammy Rothgeb in the amount of $26,361.50. (ECF No. 20). The R&R was filed on May 22, 2026, and the parties were advised of the 14-day objection period under Federal Rule of Civil Procedure 72(b). That deadline has passed without any objections filed by the parties.

Rothgeb filed her initial suit in this matter on August 7, 2020, seeking review of a decision made by the Commissioner of the Social Security Administration. *See Rothgeb v. Comm'r of Soc. Sec. Admin.*, No. 1:20-cv-282. Two days prior, Rothgeb entered an agreement with Counsel in which she agreed to pay Counsel 25 percent of any past-due benefits awarded to her. (ECF No. 17-1). The first appeal resulted in a decision in Rothgeb's favor—on August 21, 2021, Judge William C. Lee issued an order reversing the LAJ's decision and remanding the case back to the Social Security Administration for a new decision. *See* No. 1:20-cv-282, ECF No. 29. The Commissioner then returned another unfavorable decision, and on November 20, 2023, Rothgeb filed the Complaint in the case at hand. (ECF No. 1). Rothgeb previously filed a motion for attorney

fees which was unopposed by the Commissioner and which the Court granted under the EAJA for $398.25 on May 31, 2024. (ECF No. 15). Since that initial request, the Commissioner sent Rothgeb a notice of award on October 6, 2025, stating that she was found disabled as of October 1, 2015, and was entitled to monthly disability benefits as well as past due benefits of $105,446.00, of which $26,361.50 would be withheld to pay counsel. (ECF No. 17-33). Counsel filed the instant motion for attorney fees on February 9, 2026. (ECF No. 16). The Commissioner filed a response stating they neither support nor oppose the motion. (ECF No. 18).

"If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). As recounted above, the parties have not objected to the recommended disposition of the case. The Court has reviewed the Magistrate Judge's R&R. The Magistrate Judge engaged in a thorough discussion of the relevant law, and the Court finds that the R&R is not clearly erroneous and is amply supported by the record. Accordingly, the Court adopts the Magistrate Judge's recommended disposition of the case.

Thus, the Report and Recommendation (ECF No. 20) is ADOPTED IN ITS ENTIRETY. The Motion for Attorney Fees (ECF No. 16) is GRANTED in the amount of $26,361.50. The Commissioner shall release any remaining withheld benefits to Rothgeb.

**SO ORDERED** this 29th day of June 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT